# United States District Court
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

| | | | |
|---|---|---|---|
| Time Commenced | 1:04 PM | Case No. | 3:19cr44-MCR |
| Time Concluded | 5:52 PM | Date | January 17, 2020 |

**DOCKET ENTRY: SENTENCING HEARING**

Sentence imposed as to Counts __1 - 23__: Custody of BOP for __51__ months; supervised release for __3__ years. Fine waived. Restitution to be determined later. SMA of $ __2,300__ (due immediately). Dft to self-surrender by <u>by noon on March 2, 2020</u>. See Final Order of Forfeiture (doc. # __38__). SEE FORMAL JUDGMENT. Gvt Exhibits admitted and placed in clerk's secured storage (large envelope).

PRESENT: HONORABLE **M. CASEY RODGERS** U.S. DISTRICT JUDGE

| Susan Simms | Greg Newsome | Donna Boland | Alicia Forbes |
|---|---|---|---|
| Deputy Clerk | Probation Officer | Court Reporter | Asst U. S. Attorney |

**U.S.A v DEFENDANT LISTED BELOW**
(1) **Guyland W. Thompson**
✓ Present ___ Custody ✓ O/R

**ATTORNEY FOR DEFENDANT**
(1) Ryan Cardoso
✓ Present ___ Appointed ✓ Retained

**PROCEEDINGS:**

✓ DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

✓ DFT adjudicated Guilty of Count(s): __1 - 23__    SENTENCE IMPOSED:

✓ DFT remanded to the custody of the Bureau of Prisons on Count(s):
    __1-23__ imprisonment for a term of __51__ months
    _____ imprisonment for a term of _____ months
with said sentences to run ✓ concurrently or ___ consecutively

✓ Court recommends place of incarceration at or near: <u>FPC Pensacola, Florida; unless BOP feels FMC is best</u>

✓ Additional recommendations:
    ___ Residential Drug Abuse Program (RDAP) while in custody of BOP
    ___ Complete Drug Education Classes & Participate in BOP's nonresidential drug abuse treatment program.
    ___ Dft identified as needing substance abuse treatment both during incarceration and at a reentry center.
    ___ Complete GED classes.
    ___ Mental Health Evaluation and/or Treatment while in the custody of BOP.
    ___ Sex Offender Treatment Programming.
    ___ Cognitive Behavioral Therapy Programming.
    ✓ Other: <u>Medical/health conditions evaluatied</u> ..

✓ FINE PAYMENT: ✓ Fine __waived__;    JVTA Fine $ _____ ;    ✓ SMA OF $ __2,300__ due immediately

___ DFT is liable for restitution of:

    $ _____ made payable to _____ .

___ DFT is jointly and severally liable for restitution with: _____ .

✓ Restitution is DEFERRED. Separate hearing to be scheduled.

## S/R or PROBATION.  DFT is under:

- [✓] Supervised Release for a total period of __3__ years (as to all Count, to run concurrently)
- [ ] Probation for a period of ____ years.
- [ ] Home Detention of ____ months w/ following conditions:

## With the following special conditions or modifications:

- [ ] DFT shall cooperate with the US Probation Officer and the Bureau of Immigration and Customs Enforcement regarding Immigration status. If deported, Dft shall not re-enter the United States without permission of the Attorney General or the Secretary of the Dept. of Homeland Security.
- [ ] DFT shall submit to: __✓__ testing for the use of illegal controlled substances or alcohol to excess.
- [ ] DFT shall be evaluated for substance abuse and mental health and referred to treatment as determined necessary through an evaluation process.  Treatment is not limited to, but may include participation in a Cognitive Behavioral Therapy program
- [✓] DFT is NOT subject to drug testing–this condition is suspended based upon the Court's determination.
- [✓] DFT shall participate in a program of mental health treatment.
- [✓] DFT shall provide requested financial information to the U.S. Probation Officer.
- [✓] DFT shall make any unpaid fine/restitution on a payment schedule to be determine by U.S. Probation.
- [ ] DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments
- [✓] DFT shall not open new lines of credit or charges w/o USPO's approval or until restitution is satisfied
- [✓] DFT shall not transfer or dispose of any assets w/o USPO's approval or until restitution is satisfied.
- [✓] DFT shall submit to standard search of their person, property, house, vehicle, papers, computers by USPO.
- [✓] ADDITIONAL TERMS:  __DFT shall not be employed by any charitable organizations.__

## Custody Status:

- [ ] DFT committed to the custody of the U.S. Department of Justice.
- [✓] DFT to surrender to USMS at __✓__ or designated institution at his/her own expense no later than __12:00 noon__ on __March 2, 2020__.
- [ ] DFT remains on bond with ____ the same terms and conditions or ____ modified terms as follows: _____.
- [ ] DFT is released after meeting with Probation Officer.

## Other:

- [ ] Remaining count(s) _____ is/are dismissed on government motion.
- [✓] Court informs Dft of right to appeal.
- [ ] Dft requests that the Clerk of Court file a notice of Appeal on his/her behalf.
- [✓] DFT addresses the Court.
- [ ] NO FORFEITURE    [✓] FINAL ORDER OF FORFEITURE entered on __1/10/2020 (doc. #38)__

| | |
|---|---|
| 1:07 pm | Gvt witness FBI Agent **JOHN CANNING** sworn – Direct (Forbes); 1:41 Cross (Cardoso); 1:48 Redirect |
| | *Gvt Exhibits #1A, 1B, 2A, 2B, 3 & 4 admitted* |
| 1:50 pm | Gvt witness **KYLE HOLLY** sworn – Direct (Forbes); 2:24 Court inquiry; 2:27 Cross (Cardoso); 2:40 Redirect |
| | *Gvt Exhibits #5 & 6 admitted* |
| 2:47 | Court in Recess |
| 3:04 | Court in Session |
| 3:05 | Dft witness **GRADY HESTER** sworn – Direct (Cardoso); No Cross |
| 3:11 | Dft witness D**R. JOHN BINGHAM** sworn – Direct (Cardoso); 3:40 Cross (Forbes); No Redirect |
| | Court designates witness as an expert in the field of forensic health |
| 3:44 | Argument by counsel |
| 4:42 | Defendant allocution |
| 4:47 | Victim statements – 3 |
| 5:18 | Sentence imposed |
| 5:35 | Court will schedule another hearing to determine restitution – separate notice to follow |